# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 20-CV-20124

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**SEB MATTRESS AND BED, CORP., a Florida for-profit corporation,**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 13th day of January, 2020 at 4:00 pm to be served on **Seb Mattress And Bed, Corp.,a Florida For-Profit Corporation, Registered Agent: Victor E. Jimenez, 250 East Palm Drive, Suite 465, Florida City, FL 33034**.

I, Warren Zorzi, do hereby affirm that on the **14th day of January, 2020** at **10:00 am, I:**

**SERVED the within named CORPORATION**, by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A and PRESERVATION LETTER** with the date and hour of service endorsed thereon by me to **Jane Doe** as **Employee at 250 East Palm Drive, Suite 465, Florida City, FL 33034 in compliance with Florida Statutes**

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'2", Weight: 140, Hair: Black, Glasses: Y

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

_____
Warren Zorzi
CPS No. 885

CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000028
Ref: Ariza v. SEB Mattress and Bed, Corp

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n