# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE___**FEDERICO A. MORENO**_____ Presiding

Case No. ___20-20124-CV-MORENO_____     Date: ___June 29, 2020_____

Clerk: _____**Shirley Christie**_____ Reporter: ___**Gilda Pastor-Hernandez**___

**Ariza v. SEB Mattress and Bed, Corp.**


Reason for hearing:___**Telephonic Motion Hearing**_____


TIME:   10 minutes